1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11

12   JOSE DANIEL CASTILLO-ANTONIO,

            Plaintiff,

13

14            v.

15   HYDE PARK LOUNGE, INC., et al.,

            Defendants.

16

Case No.  5:17-cv-05590-HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

17        The court having been informed that this case has settled, all previously scheduled

18   deadlines and appearances are vacated.

19        **On or before February 20, 2018**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P.

20   41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2,

21   5th Floor of the United States District Court, 280 South First Street, San Jose, California on

22   **February 27, 2018, 10:00 a.m.** and show cause, if any, why the case should not be dismissed

23   pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this

24   Order to Show Cause no later than **February 21, 2018** advising as to (1) the status of the activities

25   of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to

26   finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show

27   Cause hearing will be automatically vacated and the parties need not file a statement in response to

28

this Order.

SO ORDERED.

Dated: November 15, 2017

_____
Howard R. Lloyd
United States Magistrate Judge